IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01971-BNB

EMMETT LARSEN,

    Plaintiff,
v.

STATE OF COLORADO,
CROWLEY COUNTY,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Emmett Larsen, initiated this action on July 15, 2014, by filing an Affidavit with the Court that is unintelligible. Because Mr. Larsen is a state prisoner and does not appear to be asserting a challenge to the fact or duration of his conviction or sentence, the Court opened this case under 42 U.S.C. § 1983.

On July 16, Magistrate Judge Boyd N. Boland reviewed Mr. Larsen's filing and determined that it was deficient. Magistrate Judge Boland directed Plaintiff to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint on the court-approved forms. Magistrate Judge Boland advised Plaintiff that he could pay the $400.00 filing fee in lieu of submitting a § 1915 motion and affidavit. Magistrate Judge Boland warned Plaintiff in the July 16 Order that failure to cure the deficiencies noted would result in dismissal of this action without further notice.

Mr. Larsen has failed to comply with the July 16 Order. Although he filed a document titled "Payment - Second Presentment" on July 29, 2014 (ECF No. 4), the

document is unintelligible and does not attempt to comply with the July 16 Order. Accordingly, it is

ORDERED that this action is DISMISSED without prejudice pursuant to Rue 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Emmett Larsen, to comply with the July 16, 2014 Order Directing Plaintiff to Cure Deficiencies.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied for the purpose of appeal.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Larsen files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED at Denver, Colorado, this   25th   day of    August    , 2014.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court